IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SILT SAVER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNY HASTINGS d/b/a )<br>FRIENDLY ENVIRONMENT and )<br>ATLANTIC CONSTRUCTION )<br>FABRICS, INC., a Virginia )<br>corporation, d/b/a ACF )<br>ENVIRONMENTAL, and )<br>KEVIN B. WOLFE )<br>Defendants. )<br>) | Civil Action No. 1:16-cv-01137-SCJ |

## ORDER GRANTING LEAVE OF LOCAL RULE 7.1(D)

For the reasons set forth in Defendants' Motion for Leave to Exceed Local Rule 7.1(D) Page Limitations, leave of Local Rule 7.1(D) is HEREBY GRANTED to permit each party to file an opening claim construction brief of up to thirty-five (35) pages in length.

**IT IS SO ORDERED**.

Date: _April 17, 2017_           _/s/ Steve C. Jones_

HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE