**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SILT SAVER, INC.,<br>Plaintiff,<br><br>vs.<br><br><br>DENNY HASTINGS d/b/a FRIENDLY ENVIRONMENT; ATLANTIC CONSTRUCTION FABRICS, INC. d/b/a ACF ENVIRONMENTAL; and KEVIN B. WOLFE<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>CIVIL ACTION NO.<br>1:16-cv-01137-SCJ |

**JOINT STATEMENT OF THE PARTIES ON APPOINTMENT OF SPECIAL MASTER FOR CLAIM CONSTRUCTION**

On June 30, 2017, the Court indicated its intent to appoint a special master for claim construction and instructed the parties to submit a joint statement indicating any objections – or lack thereof – to an appointment of a special master for claim construction. (Doc. 82.) The Court also ordered that the parties submit a list of no more than four acceptable special master candidates who have no conflicts with an appointment and are willing to serve. (*Id*.)

The parties have no objection to the appointment of a special master for claim construction and have no objection to the terms and conditions of the

Proposed Order Appointing Special Master attached as Exhibit A to the June 30, 2017 Order. (Doc. 82-1.)

The parties have met and conferred on potential candidates. The parties were unable to agree on one candidate but have agreed to a list of four candidates, each of which is acceptable to the parties. The candidates are listed below in alphabetical order:

1. Roderick McKelvie;

2. William H. Needle;

3. Sumner Rosenberg; and

4. Daniel J. Warren;

A brief biography of each candidate is attached hereto as Exhibits 1 through 4 respectively.

Each of the proposed candidates has indicated a willingness and availability to serve, and each has reported that they have no conflicts of interest that would prevent his appointment. Prior to indicating their willingness to serve, each of the proposed candidates was provided a copy of the June 30, 2017 Order and Exhibit A thereto.

The parties respectfully request that the Court appoint a special master for claim construction from one of the parties' four proposed candidates.

Respectfully submitted this 17th day of July, 2017.

DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP

*/s/Kirk W. Watkins*
Kirk W. Watkins
Georgia Bar No. 740550
Tel: (404) 688-2000
kwatkins@dzkl.com

918 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306

Additional Counsel:

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

D. Scott Sudderth
Georgia Bar No. 690760
Tel: (404) 962-7527
ssudderth@wcsr.com

271 17th Street NW, Suite 2400
Atlanta, Georgia 30363

**COUNSEL FOR PLAINTIFF**

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/Audra A. Dial*
Audra A. Dial
Georgia Bar No. 220298
Tel: (404) 853-8000
adial@kilpatricktownsend.com

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP

Eric G. Soller (Admitted *pro hac vice*)
EGS@Pietragallo.com

One Oxford Centre, 33rd Floor
Pittsburgh, PA 15219
Tel: (412) 263-2000

LEECH TISHMAN FUSCALDO & LAMPL LLC
Alan G. Towner, Esquire (admitted pro hac vice)
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
(412) 261-1600
atowner@LeechTishman.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice electronically to the following attorneys of record:

Kirk W. Watkins, Esquire
DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP
918 Ponce de Leon Avenue, NE
Atlanta, GA 30306

D. Scott Sudderth, Esquire
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
271 17th Street NW, Suite 2400
Atlanta, GA 30363

*/s/Audra A. Dial*
Audra A. Dial
One of the Attorneys for Defendants