IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SILT SAVER, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DENNY HASTINGS d/b/a )<br>FRIENDLY ENVIRONMENT; )<br>ATLANTIC CONSTRUCTION )<br>FABRICS, INC., a Virginia )<br>corporation, d/b/a ACF )<br>ENVIRONMENTAL; and KEVIN B. )<br>WOLFE, )<br>)<br>Defendants. ) | Civil Action No. 1:16-cv-01137-SCJ |

**NOTICE OF SUCCESSFUL MEDIATION AND FILING OF PROPOSED
FINAL ORDER
<u>AND PERMANENT INJUNCTION</u>**

On behalf of Silt Saver, Inc., plaintiff, counsel is pleased to inform the Court that the mediation scheduled for January 22, 2018, was successful and a confidential settlement agreement has been reached with defendants Denny Hastings d/b/a Friendly Environment, Atlantic Construction Fabrics, Inc. d/b/a ACF Environment, and Kevin B. Wolfe, defendants.  In connection with that

settlement agreement, counsel is authorized to present the attached proposed Order which has been consented to by all parties.

Respectfully submitted,

>   DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP
>
>   */s/ Kirk W. Watkins*
>   Kirk W. Watkins
>   Georgia Bar No. 740550
>   Tel: (404) 688-2000
>   kwatkins@dzkl.com
>
>   918 Ponce de Leon Avenue, NE
>   Atlanta, Georgia  30306

Additional Counsel:

D. Scott Sudderth
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
Georgia Bar No. 690760
Tel: (404) 962-7527
ssudderth@wcsr.com
271 17th Street NW, Suite 2400
Atlanta, Georgia 30363

**COUNSEL FOR PLAINTIFF**

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

I hereby certify that the foregoing *NOTICE* was prepared using the Times New Roman 14-point font, and otherwise conforms to the requirements of Local Rule 5.1(c) and 7.1.D.

This 23rd day of January, 2018.

/s/ *Kirk W. Watkins*
Kirk W. Watkins
GA Bar No. 740550

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing *NOTICE,* upon all parties to this action by efiling and eservice and by email.

This 23rd day of January, 2018.

>  */s/ Kirk W. Watkins*
> Kirk W. Watkins
> GA Bar No. 740550

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SILT SAVER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:16-cv-01137-SCJ |
| DENNY HASTINGS d/b/a ) | |
| FRIENDLY ENVIRONMENT; ) | |
| ATLANTIC CONSTRUCTION ) | |
| FABRICS, INC., a Virginia ) | |
| corporation, d/b/a ACF ) | |
| ENVIRONMENTAL; and KEVIN B. ) | |
| WOLFE, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER
AND PERMANENT INJUNCTION**

The Court having been informed that Silt Saver, Inc., plaintiff, and Denny Hastings d/b/a Friendly Environment, Atlantic Construction Fabrics, Inc. d/b/a ACF Environment, and Kevin B. Wolfe, defendants, have reached a confidential agreement of settlement relating to this case, IT IS HEREBY

ORDERED, ADJUDGED, AND DECREED:

(1) A permanent injunction is entered against defendants and those acting in concert with them from infringing U.S. Reissue Patent No. RE 42,695 E (the '695 Patent) to take effect ten (10) days from the entry of this Order and to last until the '695 Patent expires; notwithstanding this provision, Friendly Environment and ACF may continue to deliver and sell SMARTFence® SD and SMARTFence®HD products through June 30, 2018, in accordance with the settlement agreement reached between the parties;

(2) The Special Master's Report and Recommendation filed with this Court on October 19, 2017, is hereby made a final order of this Court and all constructions of claim terms and other findings contained in that Report and Recommendation are hereby adopted as constructions and findings of the Court;

(3) Jurisdiction is retained over this matter for purposes of enforcing this Order and the settlement agreement entered into by the parties, should such enforcement become appropriate;

(4) Should a motion be brought by any party to hold any other party in contempt of this Order or to enforce the settlement agreement, the prevailing party shall be entitled to its attorney fees in connection with

-3-

such filing and to any other recovery in accordance with the agreement of the parties as expressed in the settlement agreement or in this Order; and

(5) Each party shall pay for its own costs in this matter and the case shall be administratively closed subject to reopening upon motion by any party.

SO ORDERED THIS __ DAY OF JANUARY, 2018, AT ____ O'CLOCK __.M.

_____
Judge Steve C. Jones
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Consented to:

| | |
|---|---|
| DAVIS, ZIPPERMAN, KIRSCHENBAUM & LOTITO, LLP | KILPATRICK TOWNSEND & STOCKTON LLP |
| /s/Kirk W. Watkins<br>Kirk W. Watkins<br>Georgia Bar No. 740550<br>Tel: (404) 688-2000<br>kwatkins@dzkl.com | /s/Audra A. Dial<br>Audra A. Dial<br>Georgia Bar No. 220298<br>Tel: (404) 853-8000<br>adial@kilpatricktownsend.com |
| 918 Ponce de Leon Avenue, NE<br>Atlanta, Georgia  30306 | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP |
| Additional Counsel: | /s/Eric G. Soller<br>Eric G. Soller (Admitted *pro hac vice*)<br>EGS@Pietragallo.com |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | Douglas M. Hall (Admitted *pro hac vice*)<br>DMH@Pietragallo.com |
| D. Scott Sudderth<br>Georgia Bar No. 690760<br>Tel: (404) 962-7527<br>ssudderth@wcsr.com | Alan G. Towner (Admitted *pro hac vice*)<br>AGT@Pietragallo.com |
| 271 17th Street NW, Suite 2400<br>Atlanta, Georgia 30363 | One Oxford Centre, 33rd Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 263-2000 |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANTS** |